**RECEIVED**

JUN 2 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KATIE S. SAVOY | CIVIL ACTION NO.: 10-0379 |
| VERSUS | JUDGE DOHERTY |
| WARDEN JIM ROGERS | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the petitioner, this Court concludes the findings and recommendations are correct under the applicable law. Although the Court is sympathetic to the petitioner's arguments, this Court is bound by Fifth Circuit precedent, and, in light of the decision in *Bates v. Blackburn*, 805 F.2d 569 (5th Cir. 1986), *reh'g and reh'g en banc denied*, 810 F.2d 198 (5th Cir. 1987), *cert. denied*, 482 U.S. 916, 107 S.Ct. 3190, 96 L.Ed.2d 678 (1987) (overruled on other grounds), this Court cannot consider the merits of the claims, nor whether there was sufficient evidence to convict the petitioner of a lesser included offense.

Considering the foregoing,

IT IS ORDERED that the petition for writ of habeas corpus is DENIED and DISMISSED WITH PREJUDICE because petitioner's claims are procedurally defaulted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __24__ day of June, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE